UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUANE A. LEWIS, JAMES JORDAN, FRANK AUGUSTA, GLORIA AUGUSTA, and MICHAEL E. KNIGHT,<br><br>Defendants. | Case No. 5:24-cv-01688- MWC-DTB<br><br>**ENTRY OF JUDGMENT AND ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS THE UNITED STATES' COMPLAINT AND INCORPORATE SETTLEMENT AGREEMENTS INTO THE COURT'S JUDGMENT**<br><br>**JS-6** |

Pursuant to the Stipulation to Dismiss the United States' Complaint And Incorporate Settlement Agreements Into the Court's Judgment (ECF No. 27) ("Stipulation") filed by the Parties in this action on December 16, 2024, **IT IS HEREBY ORDERED AND ADJUDGED THAT**, pursuant to the terms of the Settlement Agreements ("Agreements") reached by the Parties, the United States' Complaint (ECF No. 1) is dismissed with prejudice and the Agreements attached to the Stipulation as Exhibits 1, 2, 3, and 4 are incorporated into and made part of this Judgment. This Court will retain continuing jurisdiction to enforce the terms of the Agreements consistent therewith.

Dated: December 17, 2024

_____
Honorable Michelle W. Court
United States District Judge

1